UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MITCHELL LEONG, on behalf of himself and all others similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>　　　v.<br><br>MYSPACE, INC.<br><br>　　　　　　Defendant. | *Hon. Richard M. Berman*<br><br>Civil Action No. 1:11-cv-01721 RMB |

# PLAINTIFF'S NOTICE OF DISMISSAL PURSUANT TO FEDERAL CIVIL PROCEDURE RULE 41(a)(1)(A)(i)

**TO THE COURT AND CLERK OF THE COURT AND ALL COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(i) plaintiff Mitchell Leong hereby gives notice of the voluntary dismissal without prejudice of his above-captioned action.

Dated:  March 18, 2011               **REESE RICHMAN LLP**

By:   */s/ Michael R. Reese*
      Michael R. Reese
      875 Avenue of the Americas, 18th Floor
      New York, New York 10001
      Telephone: (212) 643-0500
      Facsimile:  (212) 253-4272
      Email: mreese@reeserichman.com


Attorneys for plaintiff Mitchell Leong

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 18, 2011 the foregoing document was filed with the Court's CM/ECF system, which thereby provided electronic service of the document on all counsel of record.

Dated: March 18, 2011                By:        */s/ Michael R. Reese*
                                                          Michael R. Reese

*Attorneys for Plaintiff Mitchell Leong*